UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BREE McCLESKEY | ) | NO. 1:20-CV-00166-RP |
| V. | ) | |
| TOLTECA ENTERPRISES INC., <br> DBA PHOENIX RECOVERY GROUP <br> _____ | ) <br> ) | |

UNOPPOSED MOTION TO RESET STATUS CONFERENCE

Counsel for Tolteca Enterprises has a conflict with having a status conference on August 24, 2020. Counsel has a deposition scheduled for 10 AM that date. The deposition has been set for August 24, 2020 for several weeks.

As a result, counsel moves to reset the status conference via zoom to August 25, 2020 after 10:30 AM because on that date counsel already has a zoom hearing set for 8:30 AM.

That hearing should be quick depending on other cases set for hearing on August 25, 2020.

Counsel believes after 10:30 should work.

Counsel has conferred with opposing counsel who does not oppose the reset.

                                                          S/TOM CLARKE
                                                          Texas Bar No. 04318600
                                                          8026 Vantage Drive, Suite 105
                                                          San Antonio, Texas 78230
                                                          210/340-8448
                                                          210/348-7946
                                                          tclarkeatty7@aol.com

                                                          Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document has been e-filed on August 18, 2020, with the court's CM/ECF electronic filing system which will give electronic notice to all counsel of record.

S/TOM CLARKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BREE McCLESKEY | ) | NO. 1:20-CV-00166-RP |
| V. | ) | |
| TOLTECA ENTERPRISES INC., DBA PHOENIX RECOVERY GROUP | ) ) | |

ORDER RESETTING STATUS CONFERENCE

IT IS ORDERED that the above case is reset for a status conference via zoom to August 25, 2020 at _____ o'clock AM.  The court will send counsel an email with the zoom hearing instructions.

Signed on August _____, 2020.

_____
Mark Lane, United States Magistrate Judge