## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| BREE MCCLESKEY, § | |
| Plaintiff, § | |
| v. § | |
| § | |
| TOLTECA ENTERPRISES, INC., § | No. 1:20-cv-166-ML |
| Defendant. § | |

## ORDER RESETTING HEARING

On August 18, 2020, Defendant filed its Unopposed Motion to Reset the Status Conference. Dkt. #19. The court hereby **GRANTS** Defendant's Motion (Dkt. #19) and **CANCELS** the status hearing set on August 24, 2020. The court **RESETS** the status hearing for 1:00 p.m. on Tuesday, August 25, 2020.

SIGNED August 20, 2020.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE