## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **BREE MCCLESKEY** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **No. 1:20-CV-166-ML** |
| | § | |
| **TOLTECA ENTERPRISESE INC., ET** | § | |
| **AL.,** | § | |
| **Defendants.** | § | |

### ORDER

Before the court is Defendants' Unopposed Motion to Reset and Extend Scheduling Deadlines (Dkt. #35). Upon review, the court finds the motion insufficient to grant Defendants' sought relief. Accordingly, Defendants' Unopposed Motion to Reset and Extend Scheduling Deadlines is **DENIED without prejudice to refiling**. Dkt. #35.

In a better effort to achieve Defendants' aims, the undersigned **ORDERS all named parties** in this suit to meet and confer, and subsequently file with the court a mutually agreeable amended scheduling order with all relevant dates filled in, with the exception of the final pretrial conference and jury trial dates. Vague requests such as "[t]he designation of testifying and rebuttal experts should be reset" will be denied unless accompanied with a proposed deadline. Moreover, the parties should inform the court what month they prefer to try the case.

SIGNED January 4, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE