IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BREE MCCLESKEY, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-00166-ML |
| | § | |
| TOLTECA ENTERPRISES, INC. D/B/A | § | |
| THE PHOENIX RECOVERY GROUP, & | § | |
| SINGER MANAGEMENT, LLC, & | § | |
| GEORGETOWN PLACE, LTD. a/k/a | § | |
| GEORGETOWN PLACE APARTMENTS, | § | |
| & TRAVELERS CASUALTY AND | § | |
| SURETY COMPANY OF AMERICA, | § | |
| *Defendants*. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Bree McCleskey and Defendants Tolteca Enterprises, Inc. d/b/a The Phoenix Recovery Group, Georgetown Place, Ltd., Singer Management, LLC, and Travelers Casualty and Surety Company of America (collectively, the "Parties") hereby file this Joint Notice of Settlement, respectfully showing the Court as follows:

The Parties have reached a settlement regarding the claims and causes of action asserted in the above-referenced-and-numbered cause. The Parties fully expect to present dismissal papers to the Court within thirty days. To preserve judicial economy, the Parties request that the Court temporarily abate this matter for thirty days.

Respectfully submitted,

/s/Brent A. Devere
Brent A. Devere
SBN#00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@1411west.com

**ATTORNEY FOR PLAINTIFF**

/s/Tom Clarke
8026 Vantage Dr. #105
San Antonio, Tx 78230
Ph: 210/340-8448
Fax: 210/348-7946
Email:tclarkeatty7@aol.com

**ATTORNEY FOR THE DEFENDANT**
**TOLTECA AND TRAVELERS**

**Daniel Durell**
State Bar No. 24078450
daniel.durell@lockelord.com
**LOCKE LORD LLP**
600 Congress Avenue, Suite 2200
Austin, Texas  78701-3055
Telephone: (512) 305-4700
Facsimile: (512) 305-4800 (Facsimile)

**ATTORNEY FOR DEFENDANTS**
**GEORGETOWN PLACE AND SINGER**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record as indicated below on this 24th day of March 2021:

**VIA ECF**
Brent A. Devere
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@l411west.com
*Attorney for Plaintiff*

**VIA ECF**
Tom Clarke
8026 Vantage Dr. #105
San Antonio, Texas 78230
*Attorney for Phoenix and Travelers*

_____
Counsel for Georgetown Place and Singer