# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BREE MCCLESKEY** § | |
| Plaintiff, § | |
| v. § | No. 1:20-CV-166-ML |
| § | |
| **TOLTECA ENTERPRISES INC., ET AL.,** § | |
| Defendants. § | |

## FINAL JUDGMENT

The Magistrate Court issues this Final Judgment pursuant to 28 U.S.C. § 636(c). The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes on August 18, 2020 (Dkt. #17). On April 20, 2021, the parties filed a joint stipulation, asserting that all claims of "all parties against one another in the above-captioned case" should be "dismissed with prejudice and on the merits without costs." Dkt. #55. Moreover, the parties note that "a judgment of dismissal with prejudice may be entered in the above-captioned action." *Id.* at 2. Accordingly, the court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action brought by all parties in this action are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

SIGNED April 26, 2021.   _____
MARK LANE
UNITED STATES MAGISTRATE JUDGE